No. 25-CV-00182

# Affidavit[1] Of Naseef Fernando Bryan

**I** Naseef Fernando Bryan, Affiant, being of lawful age, qualified and competent to testify to and having firsthand knowledge of the following facts to hereby swear that the following facts are true, correct and not misleading:

Since it is a Rule that suit commenced or pending in a state court must remain there unless and until cause is shown under some act of congress for its transfer to a Federal court and proper proceedings to remove it are taken.[2] No proceedings were taken nor was any "cause shown." This court has refused numerous attempts to secure the right to be heard, such an act is grounds for recusal of any justice that my have been an interest to plaintiff.[3] Also acts to defraud plaintiff of Rights by deprivation, withholding, and indirection, that I have a right to claim or obtain.[4] Upon filing this affidavit the court must consider the Rule expressed, and the necessity of a "show cause" hearing in this court, in order to prove defendants have such a right to deny plaintiff forum within the United States,[5] also the fact that the magistrate and presiding judge impartiality is in question.[6]

---

[1] Affidavit- An affidavit is a sworn statement a person makes before a notary or officer of the court outside of the court asserting that certain facts are true to the best of that person's knowledge. See. Meyer v Grant (1988)

[2] (Specific Cases Removed) Great N. R. Co. v. Alexander_ 246 U.S. 276.

[3] 28 U.S. Code § 455 (b) (1); (Unenumerated Rights) Cummings v. Mo._ 71 U.S. 277; (Right of every citizen to follow any lawful Calling) Dent v. West Virginia_ 129 U.S. 114; in regard to bias, prejudice or partiality see cases denied in this court with plaintiff being a party, without due process of law or the right to be heard. Also See United States Court of Appeals for the first circuit case No.25-1473.

[4] Berry v. State, 153 Ga. 169; Mbigi v. Wells Fargo Home Mortg., 336 Ga. App. 316.

[5] O'Bryan v. Chandler, 496 F.2d 403 (Removal Holdings contrary to well established rules and the U.S. Constitution Article VI); See Mason's Manual of Legislative Procedure 1953 Edition §3 P. 32-33.

[6] 28 U.S. Code § 455 (b) (1).

My signature will be my seal.

FURTHER THE AFFIANT SAYETH NAUGHT.

/s/ Naseef Bryan

*M. Bryan*

Signature

New Hampshire, on this 26 day of the May month of 2025 before me, the subscriber, personally appeared Naseef Fernando Bryan to me known to be the living man describe in and who executed the foregoing instrument and sworn before me that he executed the same as his free will act and deed.

(Without Prejudice UCC 1-308).

Naseer Biyan
17 Rimmon St, APT 4
Manchester, NH
03102

U.S. District Court
District of New Hampshire
55 Pleasant Street
Room 110
Concord, NH
03301.