```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF NEW HAMPSHIRE
```

Naseef Bryan

    v.                                  Case No. 25-cv-182-LM-AJ

McCormack et al.

<u>ORDER</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 22, 2025.

The defendants' motion to dismiss (doc. no. 2) is granted. Plaintiff's motions for summary judgment and for hearing (doc. nos. 6 and 8) are denied.

The clerk shall enter judgment and close the case.

                                                    _____
                                                    Landya B. McCafferty
                                                    United States District Judge

Date: October 23, 2025


Cc: Naseef Bryan, pro se
    Anna Dronzek, Esq.